# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SPENCER L. MILLER

    Petitioner,

v.

BRUCE STOLE,

    Respondent.

Case No. C09-5083BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Kelley Arnold, United States Magistrate Judge (Dkt. 4). The Court having considered the Report and Recommendation, Petitioner's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) Petitioner's Application to Proceed *In Forma Pauperis* (Dkt. 1) is **DENIED**.

DATED this 22nd day of April, 2009.

                                                                                    BENJAMIN H. SETTLE
                                                                                  United States District Judge

ORDER