# United States District Court

WESTERN DISTRICT OF WASHINGTON

SPENCER L. MILLER

JUDGMENT IN A CIVIL CASE

v.

BRUNO STOLE

CASE NUMBER: C09-5083BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **OVERRULES** Petitioner's Objections;

The Court adopts the Report and Recommendation; and

This petition is **DISMISSED with prejudice** because it is time barred.

| | |
|---|---|
| September 15, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |